UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$3,980.00 U.S. CURRENCY,<br><br>Defendant. | NO: CV-11-5109-RMP<br><br>DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture In Rem on July 8, 2011, for forfeiture of the Defendant property. ECF No. 1.

On July 18, 2011, the United States Marshals Service executed the Warrant of Arrest In Rem. ECF No. 54.

On July 20, 2011, Israel Soto-Contreras, Martha Soto-Contreras, Nora Soto-Contreras, Pedro Soto Contreras, and Pedro Soto Vargas, were served, via regular U.S. mail and via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, Warrant of Arrest In Rem, and Notice

DEFAULT JUDGMENT OF FORFEITURE ~ 1

1  of Complaint for Forfeiture (said notice specifies the claim requirements under
2  Rule G and also specifically states the claim deadline), as reflected in the
3  Certificates of Service of Notice by Mail filed with the Court on July 20, 2011,
4  under the above cause number.  ECF Nos. 6 - 10.  Based upon the July 20, 2011,
5  direct notice service date, the last date to file a timely claim was August 24, 2011.
6  ECF No. 6-1 - 10-1.  To date, no claims or responses have been received.

7      In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules
8  for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil
9  forfeiture was posted on an official government website, www.forfeiture.gov,
10 beginning July 31, 2011.  ECF No. 16.  Based upon the internet publication start
11 date of July 31, 2011, the last date to file a timely claim was September 29, 2011.

12     No valid or timely claim of interest has been received or filed with the Court
13 from Israel Soto-Contreras, Martha Soto-Contreras, Nora Soto-Contreras, Pedro
14 Soto Contreras, Pedro Soto Vargas, or from any other person or entity, and the
15 time allowed for filing of such a claim has expired.

16     On December 29, 2011, the United States filed its Notices of Motion for
17 Default, which were served via certified mail, return receipt requested, upon Israel
18 Soto-Contreras, Martha Soto-Contreras, Nora Soto-Contreras, Pedro Soto
19 Contreras, and Pedro Soto Vargas.  ECF Nos. 11 - 15.  To date, no responses have
20 been received.

DEFAULT JUDGMENT OF FORFEITURE ~ 2

1    On February 2, 2012, the United States filed it Motion(s) for Default as to Israel Soto-Contreras, Martha Soto-Contreras, Nora Soto-Contreras, Pedro Soto Contreras, and Pedro Soto Vargas. ECF Nos. 17 - 26.

On February 3, 2012, the Clerk entered default orders as to Israel Soto-Contreras, Martha Soto-Contreras, Nora Soto-Contreras, Pedro Soto Contreras, and Pedro Soto Vargas. ECF Nos. 27 - 31.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED**, as follows:

1.    Government's Motion for Default Judgment, **ECF No. 32**, is **GRANTED**. Pursuant to 21 U.S.C. § 881(a)(6), the Defendant $3,980.00 U.S. Currency is forfeited to the United States of America, and no right, title, or interest in the Defendant currency shall exist in any other party.

2.    The United States Marshals Service shall dispose of the above-described Defendant assets in accordance with law.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**DATED** this 28th day of March 2012.

            *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
            Chief United States District Court Judge

DEFAULT JUDGMENT OF FORFEITURE ~ 3